# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

*v.*

Beau Shayne Yazzie

**ELECTRONIC CRIMINAL COMPLAINT**
(Redacted)

CASE NUMBER: 17-4103MJ-001-PCT-DMF

I, Special Agent, Jordan Filippi the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**

On or about April 27, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, BEAU SHAYNE YAZZIE, an Indian, did assault T.M. with a dangerous weapon, a knife, with intent to do bodily harm. In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**Count 2**

On or about April 27, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant BEAU SHAYNE YAZZIE, an Indian, with malice aforethought did unlawfully kill R.J. In violation of Title 18, United States Code, Sections 1111 and 1153.

See attached AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT (Statement of Probable Cause).

I further state that I am a Special Agent with the Federal Bureau of Investigation, United States Department of Justice and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE HEREIN.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: *AUSA Roger Dokken*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/28/2017

X Sworn by Telephone

Jordan Filippi, Special Agent FBI
Complainant's Name and Titles

[signature]
Complainant's Signature

4/28/2017 at 4:16 p.m.
Date

Flagstaff, Arizona
City and State

Deborah M. Fine, U.S. Magistrate Judge
Name & Title of Judicial Office

[signature]
Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**REDACTED AFFIDAVIT (ELECTRONIC)**

Your affiant, Jordan Filippi, states under oath as follows:

I, Special Agent Jordan J. Filippi, being duly, sworn, states the following information: I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since March of 2016. I have been assigned to the Phoenix Division, the Flagstaff Resident Agency since August of 2016. I previously served as a sworn law enforcement officer for approximately seven and half years with the Bellevue Police Department in Bellevue, Nebraska. During my time as a police officer I had been assigned to road patrol and to a special service unit where part of my duties was a criminal investigator. I have received training in criminal investigations and I have experience in the enforcement of the laws of the United States. I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.

1. The information contained in this affidavit is from information provided to your affiant by other law enforcement officers and/or witnesses including those listed herein. Due to the fact that this affidavit is being made to establish probable cause, your affiant has not listed each item and every fact known regarding this investigation.

2. This case involves violations committed within Indian Country. As set forth below, both victims, REDACTED (T.M.) and REDACTED (R.J.) are Indians. They are members of a federally recognized Indian tribe, especially the Navajo Nation Indian Tribe. The offenses described in this affidavit, unless otherwise specified, occurred on the Navajo Nation Indian Reservation, in the District of Arizona, in the State of Arizona, in the city of Tuba City.

3. On April 27, 2017 the affiant was contacted by Criminal Investigator Greg Secatero (CI Secatero) about a homicide that occurred at a residence in Tuba City, AZ. According to CI Secatero, a female called for an ambulance, to a residence located 100 yards south of Lower Rent Housing in Tuba City, for a male party who was injured. When EMC personnel arrived on scene they located the victim, R.J, bleeding heavily from a stab wound to his right side. EMS personal transported R.J from the scene to the Tuba City Regional Health Care, where he was pronounced deceased at approximately 5:10 AM.

4. After the victim was transported from the scene to the Tuba City Regional Health Care by ambulance, he was later pronounced deceased at 5:10 AM. Criminal Investigator Secatero detailed the injuries to the victim as wounds consistence with a stab wounds caused by a sharp object. There was an injury to the face from the area around the eye down to the cheek, a puncture wound to the right side of the victim's body, and a wound to the area around the buttocks.

5. The residence where these occurred was on the Jasper property. REDACTED (D.J.) property consists of a utility/storage type structure as the main residence and a tent structure that sits on his property. D.J. owns the property and his son REDACTED (G.J.) stays on the property frequently. The incident occurred inside and outside of the tent-like structure.

6. When officers arrived on scene the located a second victim, who was assaulted T.M. TM was interviewed at the Navajo Nation Detention Center by SA Acevedo. SA Acevedo observed the injuries to T.M and described them as cut like injuries or lacerations caused by a sharp object. T.M stayed that numerous people were drinking alcohol inside the tent. While inside the tent T.M and Yazzie got into a verbal argument. During the argument Yazzie struck T.M causing her to fall to the ground. When she was on the ground she realized she was bleeding from the back and side

of her head. R.J saw that T.M was struck and on the floor of the tent, he confronted Yazzie and the two began to argue. The two exited the tent and T.M did not see the fight take place outside.

7. T.M exited the tent and saw R.J slumped over on the ground holding his side. T.M saw that R.J was bleeding badly and tried to also help cover his wounds before an ambulance arrived.

8. According to two witnesses who saw the fight, REDACTED (B.B) and REDACTED (T.I.), R.J and Yazzie were physically fighting and R.J had Yazzie in a headlock outside of the tent. They saw Yazzie pull out a knife and stab R.J. They described that Yazzie, "went crazy" and stabbed R.J, who went limp and fell to the ground. When R.J was slumped over on the ground they saw that he was bleeding badly, B.B. called 9-1-1 for ambulance. After the stabbing took place most people took off running in different directions from the tent, including Yazzie.

9. Yazzie was later located at a residence in Tonalea, AZ, where he was taken into custody. While in front of the house and changing out handcuffs on Yazzie, preparing him for transport, SA Filippi and SA Stoddard noticed injuries to Yazzie's hands and wrists. These injuries were cut like injuries to both his right and life hand and wrist. While SA Stoddard switch handcuffs, unsolicited, stated he got the cuts from last night. Yazzie did not elaborate anymore and no further questions were asked at that time.

10. Yazzie was transported to the Tuba City Police Department where your affiant read him his Miranda Rights. Yazzie invoked counsel and did not want to speak with agents prior to speaking with a lawyer. The interview terminated and Yazzie was transported to the Coconino County Jail in Flagstaff, AZ.

Based on the foregoing, I believe that there is probable to cause to support that: (a) on April 27, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation,

Indian Country, the defendant, Beau Shayne Yazzie, an Indian, did knowingly and intentionally assault T.M. with a dangerous weapon, a knife, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3) and 1153; and (b) On April 27, 2017, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, Beau Shayne Yazzie, an Indian, with malice aforethought did unlawfully kill R.J. Based on the information set forth in this affidavit, your affiant submits that there is probable cause to believe that evidence of violations of Title 18, United States Code, Sections 1111 and 1153.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.**

4/28/2017
Executed on (Date)

Jordan Filippi, Special Agent FBI

X Sworn by Telephone

Date/Time: 4/28/17 at 4:16 p.m.

Deborah M. Fine
United States Magistrate Judge