FILED ✓ ___ LODGED
___ RECEIVED ___ COPY

MAY 0 2 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Beau Shayne Yazzie,

Defendant.

No. CR-17-08095-PCT-GMS(BSB)

**INDICTMENT**

VIO: 18 U.S.C. §§ 1153 and 113(a)(3)
(CIR: Assault with a Dangerous Weapon)
Count 1

18 U.S.C. §§ 1153 and 1111
(CIR: Second Degree Murder)
Count 2

THE GRAND JURY CHARGES:

**COUNT 1**

On or about April 27, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant BEAU SHAYNE YAZZIE, an Indian, did assault T.M. with a dangerous weapon, a knife, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**COUNT 2**

On or about April 27, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant BEAU SHAYNE YAZZIE, an Indian, with malice aforethought did unlawfully kill R.J.J.

In violation of Title 18, United States Code, Sections 1153 and 1111.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: May 2, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/
ROGER DOKKEN
Assistant U.S. Attorney