Anthony B. Bingham
Bingham Law
1423 South Higley Road
Building 4, Suite 110
Mesa, Arizona 85206
(480) 832-1922 Telephone
(844) 270-5937 Facsimile
tony@binghamlawaz.com
State Bar Number 014732

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Beau Shayne Yazzie,<br><br>Defendant. | No. CR17-08095-PCT-GMS<br><br>**DEFENDANT'S OBJECTIONS TO DRAFT PRESENTENCE INVESTIGATION REPORT** |

Beau Shayne Yazzie, through undersigned counsel, hereby submits the following objections to the Draft Presentence Investigation Report.

Paragraphs 6, 7 and 8: Mr. Yazzie asserts the sequence of events were as follows: Tamara Maloney began arguing with Mr. Yazzie inside the tent and swearing at him. Ms. Maloney told Mr. Yazzie to leave the tent and go outside. As Mr. Yazzie was walking towards the doorway of the tent to leave Raymond Johnson grabbed him and put him in a headlock and then dragged him outside the tent. Once outside the tent, Mr. Johnson still had Mr. Yazzie in a headlock and forced him to the ground with both of them ending up on the ground. At that time, Mr. Yazzie saw a knife in Mr. Johnson's hand. Mr. Yazzie wrestled the knife away from Mr. Johnson and then stabbed him with it. After Mr. Johnson was stabbed, Mr. Yazzie saw Ms. Maloney approaching him with a small kitchen knife in

her right hand. Mr. Yazzie swung at Ms. Maloney with the knife in his hand cutting her behind her ear and on her neck.

Paragraph 7: Mr. Yazzie denies that he and Raymond Johnson "began to argue" inside the tent.

Paragraph 8: Only two witnesses claim to have observed the fight between Mr. Johnson and Mr. Yazzie. Those two witnesses were Britney Begay and Taylor Isaac. Only Britney Begay said the defendant "went crazy" and neither of the two witnesses ever said they saw Mr. Yazzie pull out a knife.

Dated this 13th day of January 2019.

Bingham Law

By: s/Anthony B. Bingham
Anthony B. Bingham
Attorney for Defendant

Certificate of Service

I hereby certify that on January 13, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ryan D. Powell

By: s/Anthony B. Bingham
Anthony B. Bingham