ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
RYAN POWELL
Arizona State Bar No. 025695
Email: Ryan.Powell@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Beau Shayne Yazzie, Defendant. | CR-17-8095-PCT-GMS **UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTIONS TO DRAFT PRESENTENCE INVESTIGATION REPORT (DOC. 43)** |

The "sequence of events" as asserted by the defendant in his objection to the PSR is not supported by the facts of the case. Multiple witnesses spoke to the police after the defendant murdered the victim, and they provided information that is consistent with the facts as set forth in the final PSR. No witnesses reported that the victim had a knife in his hand.

When the defendant pleaded guilty, he admitted under oath that he killed the victim with malice aforethought. When the defendant spoke to the PSR writer, he affirmed the factual basis and admitted he was intoxicated and high on methamphetamine when he killed the victim. PSR at ¶ 14. The defendant never claimed previously that the victim had a knife in his hand or that he had to wrestle the knife away from the victim.

/ / /

/ / /

The facts as set forth in the final PSR accurately reflect the facts as contained in the discovery in this case.

Respectfully submitted this 20th day of February, 2019.

ELIZABETH A. STRANGE
First Assistant U.S. Attorney

*s/Ryan Powell*
RYAN POWELL
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anthony Bingham.

*s/ Stephanie Ludwig*