Anthony B. Bingham
Bingham Law
1423 South Higley Road
Building 4, Suite 110
Mesa, Arizona 85206
(480) 832-1922 Telephone
(844) 270-5937 Facsimile
tony@binghamlawaz.com
State Bar Number 014732

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Beau Shayne Yazzie,<br><br>Defendant. | No. CR17-08095-PCT-GMS<br><br>**DEFENDANT'S WITHDRAWAL OF SPECIFIC OBJECTION TO DRAFT PRESENTENCE INVESTIGATION REPORT** |

Beau Shayne Yazzie, through undersigned counsel, hereby withdraws a specific objection he previously made to the Draft Presentence Investigation Report by deleting the following in his objections (Doc. 43 – Defendant's Objections to Draft Presentence Investigation Report) to Paragraphs 6, 7 and 8: "After Mr. Johnson was stabbed, Mr. Yazzie saw Ms. Maloney approaching him with a small kitchen knife in her right hand."

Dated this 31st day of July 2019.

Bingham Law

By: s/Anthony B. Bingham
Anthony B. Bingham
Attorney for Defendant

Certificate of Service

I hereby certify that on July 31, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ryan D. Powell, AUSA
Christine D. Keller, AUSA

By: s/Anthony B. Bingham
Anthony B. Bingham