Petition12C – Rev. 6/18

☒ FILED ☐ LODGED
Sep 20 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant to Revoke Supervised Release

Name of Offender: **Beau Shayne Yazzie** Case No.: **CR-17-08095-001-PCT-GMS**

Name of Judicial Officer: **The Honorable G. Murray Snow**
**Chief United States District Judge**

T-SEALED

Date of Original Sentence: **9/12/2019**

Original Offense: **Count 1: Offenses CIR-Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 1153 and 113(a)(6), a Class C Felony**

Original Sentence: **46 months Bureau of Prisons, 36 months supervised release**

Type of Supervision: **Supervised Release** Date Supervision Commenced: **9/24/2020**
Date Supervision Expires: **9/23/2023**

Assistant U.S. Attorney: **Ryan Donald Powell**
**602-514-7624**

Defense Attorney: **Anthony Bruce Bingham**
**480-832-1922**

---

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Beau Shayne Yazzie has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Mandatory Condition #1** which states, You must not commit another federal, state or local crime.<br><br>On August 30, 2023, Yazzie committed the offense of Person Under the Influence of Intoxicating Liquor while in Actual Physical Control of a Motor Vehicle, in violation of Navajo Nation Title 14-707(A), a misdemeanor, as evidenced by Navajo Nation Police Report 04-23-018261. Grade C violation. §7B1.1(a)(3) |
| B | **Special Condition #6** which states, You must not use or possess alcohol or alcoholic beverages.<br><br>On or about August 30, 2023, Yazzie used alcohol to wit: three tall cans of beer, as evidenced by his signed admission and testimony of the probation officer. Grade C violation §7B1.1(a)(3). |

**U.S. Probation Officer Recommendation and Justification**

Beau Shayne Yazzie has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Beau Shayne Yazzie is considered dangerous.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

9/19/2023

Helena M. Uentillie
U.S. Probation Officer
Office: 928-286-5764
Cell: 602-526-8622

Date

9/19/2023

Aurelia Barlow
Supervisory U.S. Probation Officer
Office: 928-286-5760
Cell: 480-486-5467

Date

The Court Orders

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

9/20/2023

The Honorable G. Murray Snow
Chief United States District Judge

Date

cc: PROB