**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Beau Shayne Yazzie,<br>USM #73505-408<br><br>Defendant. | No. CR-17-08095-001-PCT-GMS<br><br>**ORDER REVOKING SUPERVISED RELEASE** |

A Petition for Warrant to Revoke Supervised Release has been filed and defendant has admitted the allegation that he violated Allegation B, Special Condition #6 of his conditions of supervised release. The Court finds the defendant has violated the terms and conditions of supervised release and has considered the factors set forth in 18 U.S.C. §3583(e), U.S. Sentencing Commission Chapter 7 policy statements, as well as the original guideline range. Accordingly,

**IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release is REVOKED.

**IT IS ORDERED** committing defendant to the custody of the Bureau of Prisons for a term of **TIME SERVED**, followed by Supervised Release for **TWENTY-FOUR (24) MONTHS**.

///

///

## SUPERVISED RELEASE

While on supervised release, the defendant shall comply with the mandatory and standard conditions of supervision adopted in General Order 17-18. Of particular importance, the defendant shall not commit another federal, state, or local crime during the term of supervision and the defendant shall abstain from the use of illicit substances. Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released. The defendant shall comply with the following additional conditions:

1. You must participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. If substance use treatment includes inpatient treatment and you object, the probation officer must seek court authorization first. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

3. You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

4. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer.

5. You must not contact the following victims, Tamara Maloney and the family of Raymond Jasper Johnson, and the probation officer will verify compliance.

6. You must not use or possess alcohol or alcoholic beverages.

**IT IS FURTHER ORDERED** affirming any previous order imposing special assessment, fine or restitution in this case.

**IT IS FURTHER ORDERED** dismissing the remaining allegation(s) in the Petition on motion of the Government.

The defendant is advised of his right to appeal within 14 days.

Dated this 27th day of November, 2023.

G. Murray Snow
Chief United States District Judge